IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF CONTROL AIR CONDITIONING CORPORATION; SERVI-TECH CONTROLS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DICK CORPORATION, et al., <br><br> Defendants. | 1:06-cv-01351-OWW-LJO |
| UNITED STATES FOR THE USE OF SERVI-TECH CONTROLS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, et al., <br><br> Defendants. | ************************** <br><br> **OLD** CASE NO.: <br> 1:06-cv-01736-OWW-**SMS** <br><br> **NEW** CASE NO.: <br> 1:06-cv-01736-OWW-**LJO** <br><br> **ORDER REASSIGNING CASE TO MAGISTRATE JUDGE LAWRENCE J. O'NEILL** |

Pursuant to the Notice of Related Case, filed December 7, 2006, in both of the above-captioned cases, IT IS HEREBY ORDERED that the higher-numbered case be reassigned to the same Magistrate Judge as the lower-numbered case.

1  Further, counsel are advised that future use of an incorrect
2  case number, including the Magistrate Judge's initials, may result
3  in misdirection of documents and/or calendaring by the incorrect
4  judicial officer and/or staff.
5  The Mandatory Scheduling Conferences remain on calendar as
6  previously set before Judge Wanger in 2007.
7  IT IS SO ORDERED.

**Dated:   December 12, 2006**              **/s/ Sandra M. Snyder**
icido3                                      UNITED STATES MAGISTRATE JUDGE