IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF CONTROL AIR CONDITIONING CORPORATION; SERVI-TECH CONTROLS, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>DICK CORPORATION, et al.,<br><br>        Defendants. | 1:06-cv-01351-OWW-LJO |
| UNITED STATES FOR THE USE OF SERVI-TECH CONTROLS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, et al.,<br><br>        Defendants. | **OLD** CASE NO.:<br>1:06-cv-01736-OWW-**SMS**<br><br>**NEW** CASE NO.:<br>1:06-cv-01736-OWW-**LJO**<br><br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE LAWRENCE J. O'NEILL** |

    Pursuant to the Notice of Related Case, filed December 7, 2006, in both of the above-captioned cases, IT IS HEREBY ORDERED that the higher-numbered case be reassigned to the same Magistrate Judge as the lower-numbered case.

Further, counsel are advised that future use of an incorrect case number, including the Magistrate Judge's initials, may result in misdirection of documents and/or calendaring by the incorrect judicial officer and/or staff.

The Mandatory Scheduling Conferences remain on calendar as previously set before Judge Wanger in 2007.

IT IS SO ORDERED.

**Dated:   December 12, 2006**              **/s/ Sandra M. Snyder**
icido3                                             UNITED STATES MAGISTRATE JUDGE