1 ROBERT B. THUM, State Bar No. 60100
HECTOR H. ESPINOSA, State Bar No. 222426
2 THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
3 Los Angeles, CA  90071-3048
Tel. 213.576.8000
4 Fax 213.576.8080

5

6 Attorneys for Defendants, MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION,
7 A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA;
and HARTFORD FIRE INSURANCE COMPANY

8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 UNITED STATES, For the Use of SERVI-<br>TECH CONTROLS, INC., a California<br>12 Corporation;<br>13                     Plaintiff,<br>14          vs.<br>15 DICK CORPORATION, a Pennsylvania<br>corporation; MATT CONSTRUCTION<br>16 CORPORATION; a California corporation;<br>DICK CORPORATION/ MATT<br>17 CONSTRUCTION, A JOINT VENTURE, joint<br>venture; AMERICAN CASUALTY<br>18 COMPANY OF READING,<br>PENNSYLVANIA, a Pennsylvania corporation;<br>19 HARTFORD FIRE INSURANCE COMPANY,<br>a Connecticut corporation; CONTROL AIR<br>20 CONDITIONING CORPORATION, a<br>California corporation,<br>21                     Defendants. | Case No.:  1:06-CV-01736-OWW-SMS<br><br>**STIPULATION AND ORDER RE:<br>STAY, SUBMISSION OF CLAIMS, AND<br>LIMITED CONSOLIDATION**<br><br><br><br><br><br><br><br>Complaint Filed:  December 1, 2006 |

22

23

24

25

26

27

28

LA #454035 v2/035879-2

-1-

**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MID CANADA MILLWORK, LTD., a Canadian corporation, | Case No.:  1:06-CV-00800-OWW-SMS |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; | |
| 6 | a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a | |
| 7 | Joint Venture; AMERICAN CASUALTY COMPANY OF READING, | |
| 8 | PENNSYLVANIA, a corporation; HARTFORD FIRE INSURANCE COMPANY, | |
| 9 | a corporation; and DOES 1 through 20, inclusive, | |
| 10 | Defendants. | Complaint Filed:  June 22, 2006 |
| 11 | UNITED STATES For the Use and Benefit CONTROL AIR CONDITIONING | Case No.:  1:06-CV-01351-OWW-LJO |
| 12 | CORPORATION, a California Corporation; | |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | DICK CORPORATION, a corporation; MATT | |
| 16 | CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT | |
| 17 | CONSTRUCTION, A JOINT VENTURE, a joint venture; AMERICAN CASUALTY | |
| 18 | COMPANY OF READING, PA, a corporation; and HARTFORD FIRE INSURANCE | |
| 19 | COMPANY, a corporation, | |
| 20 | Defendants. | Complaint Filed:  September 26, 2006 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LA #454035 v2/035879-5

-2-

**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com

1   UNITED STATES OF AMERICA, for the Use          Case No.:  1:06-CV-01369-OWW-SMS
    and Benefit of H.J. MARTIN & SON, INC., a
2   Wisconsin corporation,

3          Plaintiff,

4          vs.

5   DICK CORPORATION, a corporation; MATT
    CONSTRUCTION CORPORATION;
6   a corporation; DICK CORPORATION/ MATT
    CONSTRUCTION, A JOINT VENTURE, a
7   Joint Venture; AMERICAN CASUALTY
    COMPANY OF READING,
8   PENNSYLVANIA, a corporation; MID
    CANADA MILLWORK, LTD., a Canadian
9   corporation; HARTFORD FIRE INSURANCE
    COMPANY, a corporation, and DOES 1
10  through 20, inclusive,

11         Defendants.                              Complaint Filed:  September 29, 2006

12                                  **STIPULATION**

13         1.      Defendant Dick Corporation/Matt Construction, A Joint Venture, ("Dick/Matt")

14  entered into a contract with the United States General Services Administration ("GSA") in

15  connection with certain construction work related to a new United States Courthouse located in

16  Fresno, California (the "Project").

17         2.      Plaintiff Control Air Conditioning Corporation ("Control Air") is a subcontractor to

18  Dick/Matt in connection with a portion of the work on the Project.  Control Air entered into a

19  subcontract with Servi-Tech Controls, Inc. ("Servi-Tech") in connection with a portion of Control

20  Air's work on the Project.

21         3.      Plaintiff Mid Canada Millwork, LTD. ("Mid Canada") is another subcontractor to

22  Dick/Matt in connection with a portion of the work on the Project.  Mid Canada entered into a

23  subcontract with H.J. Martin & Son, Inc. ("HJ Martin") in connection with a portion of Mid

24  Canada's work on the Project.

25         4.      During the Project, Dick/Matt submitted requests for changes and time extensions

26  to the GSA.  Many of those requests are still outstanding and Dick/Matt is in the process of

27  preparing a Request for Equitable Adjustment ("REA") to submit to the GSA in order to initiate a

28

LA #454035 v2/035879-5                              -3-
PDF created with pdfFactory trial version www.pdffactory.com

claims resolution process with the GSA.  The parties believe that issues raised in this litigation

may be a part of the REA issues that are to be resolved with and as part of the dispute resolution

process with the GSA.  Those actions are as follows:

(i) *United States For the Use and Benefit of Servi-Tech Controls, Inc. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01736-OWW) ("*Servi-Tech* Action");

(ii) *United States For the Use and Benefit of Mid Canada Millwork, LTD. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-00800-OWW) ("*Mid Canada* Action");

(iii) *United States For the Use and Benefit of Control Air Conditioning Corporation v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01351-OWW) ("*Control Air* Action"); and

(iv) *United States For the Use and Benefit of H.J. Martin & Son, Inc. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01369-OWW) ("*HJ Martin* Action").

5.     Dick/Matt and plaintiffs in the above-captioned actions are currently addressing and attempting to resolve the matters raised in each Plaintiff's complaint as part of the REA.  To facilitate that process, counsel for all parties participated in a conference call with the Hon. Oliver W. Wanger on January 26, 2007, whereby, with the Court's assistance, the parties agreed and hereby stipulate to the following set forth below.

A.     Servi-Tech has provided a statement of their claim and will continue to work with Dick/Matt to provide any further information or revisions as needed so that the claim can be submitted to the GSA as part of the REA.

B.     HJ Martin will use its best efforts to provide to Mid Canada any and all claims related to its work on the Project in a form and manner consistent with HJ Martin's contractual obligations to Mid Canada by March 16, 2007 such that HJ Martin's claim can be included in the REA by Dick/Matt to the GSA, or in a later supplement to the REA.

C.     Control Air will use its best efforts to provide Dick/Matt with a claim that will be included as a supplement to the REA by March 16, 2007.

**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com

1    D.    Mid Canada will use its best efforts to provide Dick/Matt with any and all

2 claims related to its scope of work on the Project by March 30, 2007.  The Mid Canada claim shall

3 incorporate any claims submitted to Mid Canada by its subcontractors and suppliers and must be

4 consistent with Mid Canada's contractual obligations to Dick/Mat and in such a form that the

5 claim can be included in the REA by Dick/Matt to the GSA, or in a later supplement to the REA.

6    E.    Any claims by Control Air and Mid Canada provided to Dick/Matt in

7 accordance with this stipulation will be submitted as a supplement to the REA that Dick/Matt

8 anticipates submitting to the GSA by March 9, 2007.

9    F.    Each party acknowledges that its claim needs to be submitted in the manner

10 and within the timelines set forth herein to be considered in the dispute resolution process with the

11 GSA.

12    G.    No later than March 16, 2007, Dick/Matt will file a status report to the

13 Court including the date the REA was submitted to the GSA.

14    6.    Pursuant to the stipulation set forth herein and at the request of Dick/Matt in

15 consultation with counsel for all parties during the January 26, 2007 conference call, the Court

16 ordered the following:

17    A.    A six month stay for all appearances and deadlines, including the filing of

18 responsive pleadings and discovery deadlines, in the *Servi-Tech*, *Mid Canada*, *Control Air*, and *HJ*

19 *Martin* Actions beginning from January 26, 2007.

20    B.    Any party may apply to the Court to lift or continue the stay upon a

21 showing of good cause;

22    C.    All parties will participate in a further conference call and status report to

23 the Court on July 26, 2007 at 8:45 a.m..

24    D.    The *Servi-Tech*, *Mid Canada*, *Control Air*, and *HJ Martin* Actions are

25 consolidated for the limited purpose of reporting to the Court during the stay.

26    7.    By entering this stipulation, the parties are not waiving any claims asserted in the

27 *Control Air*, *Servi-Tech*, *Mid Canada*, and *HJ Martin* Actions which are not the subject of pass-

28 through claims to the GSA, and expressly reserve the right to litigate such claims in the *Control*

**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com

1  *Air*, *Servi-Tech*, *Mid Canada*, and *HJ Martin* Actions and reserve all rights, claims and defenses

2  with respect to such claims.

3  **IT IS SO STIPULATED AND AGREED:**

4

5  Dated:  February __, 2007                     THELEN REID BROWN RAYSMAN & STEINER
                                                 LLP

6

7                                                By _____

8                                                   Hector H. Espinosa
                                                    Attorneys for Defendants
9                                                   MATT CONSTRUCTION CORPORATION;
                                                    DICK CORPORATION; DICK
10                                                  CORPORATION/MATT CONSTRUCTION,
                                                    A JOINT VENTURE; AMERICAN
11                                                  CASUALTY COMPANY OF READING, PA;
                                                    and HARTFORD FIRE INSURANCE
12                                                  COMPANY

13 Dated:  February __, 2007                     KILPATRICK STOCKTON LLP

14

15                                               By _____

16                                                  David A. Mobley (As Counsel Admitted Pro Hac
                                                    Vice in the *Mid Canada* and *Control Air*
17                                                  Actions)
                                                    Randall F. Hafer (As Counsel Admitted Pro Hac
18                                                  Vice in the *Mid Canada* and *Control Air*
                                                    Actions)
19                                                  Attorneys for Defendants
                                                    MATT CONSTRUCTION CORPORATION;
20                                                  DICK CORPORATION; and DICK
                                                    CORPORATION/MATT CONSTRUCTION,
21                                                  A JOINT VENTURE

22 Dated:  February __, 2007                     MARKS, GOLIA & FINCH, LLP

23

24

25                                               By _____

                                                    Jeffrey B. Baird
26                                                  Justin M. Stoger
                                                    Attorneys for Plaintiff
27                                                  MID CANADA MILLWORK, LTD.

28

LA #454035 v2/035879-5                -6-

**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3   Dated:  February __, 2007                CASE, IBRAHIM & CLAUSS, LLP

4

5                                            By _____
                                                Brian S. Case
6                                               F. Albert Ibrahim
                                                Andrew C. Carlton
7                                               Attorneys for Plaintiff
                                                CONTROL AIR CONDITIONING
8                                               CORPORATION

9
    Dated:  February __, 2007                LANG, RICHERT & PATCH
10

11

12                                           By _____
                                                Mark L. Creede
13                                              Craig B. Fry
                                                Attorneys for Plaintiff
14                                              SERVI-TECH CONTROLS, INC.

15  Dated:  February __, 2007                CASE, IBRAHIM & CLAUSS, LLP

16

17                                           By _____
                                                D. Michael Clauss
18                                              Attorneys for Plaintiff
                                                H.J. MARTIN & SON, INC.
19

20

21          **IT IS SO ORDERED this 8th day of March, 2007.**

22                                           /s/ Oliver W. Wanger

23                                           _____

24                                              HON. OLIVER W. WANGER
                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com