# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SERVI-TECH CONTROLS, INC., A CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DICK CORPORATION, A PENNSYLVANIA CORPORATION, ETC., ET AL.,<br><br>    Defendants.<br>_____<br>AND CONSOLIDATED CASES FOR THE PURPOSE OF SUBMISSION OF CLAIMS | 1:06-cv-1736 OWW WMW<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Joint Scheduling Report Filing Deadline: 4/25/08<br><br>Further Scheduling Conference: 5/2/08 8:45 Ctrm. 3 |

I.  Date of Scheduling Conference.

   July 26, 2007.

II. Appearances Of Counsel.

   Lang, Richert & Patch by Mark L. Creede, Esq., appeared on behalf of Plaintiff Servi-Tech Controls, Inc.

   Thelen, Reid, Brown, Raysman & Steiner, LLP, by Hector H. Espinosa, Esq., appeared on behalf of Defendant Dick Corporation, Matt Construction, Dick Corporation/Matt Construction, a Joint Venture and specially appeared for American Casualty Company of

1  Reading, Pennsylvania and Hartford Fire Insurance Company, a
2  Connecticut corporation.
3      Case, Ibrahim & Clauss, LLP, by Albert Ibrahim, Esq.,
4  appeared on behalf of Defendant Control Air Conditioning
5  Corporation.
6      Charles Gossage, Esq., also appeared on behalf of American
7  Casualty Company and Hartford Fire Insurance Company, a
8  Connecticut corporation.
9      In case number 1:06-cv-0800 OWW SMS, Marks, Golia and Finch
10 by Justin M. Stoger, Esq., appeared on behalf of Plaintiff Mid-
11 Canada Millwork, Ltd., a Canadian corporation.
12     Thelen Reid, Brown, Raysman & Steiner, LLP, by Hector H.
13 Espinoza, Esq., appeared on behalf of Defendants Dick
14 Corporation, a corporation and specially appeared for Hartford
15 Fire Insurance Company and American Casualty Company of Reading,
16 PA.
17     Charles Gossage, Esq., also appeared on behalf of American
18 Casualty Company and Hartford Fire Insurance Company, a
19 Connecticut corporation.
20     In Case Number 1:06-cv-1351 OWW NEW, Case, Ibrahim & Clauss,
21 LLP, by Albert Ibrahim, Esq., appeared on behalf of Plaintiff
22 Control Air Conditioning Corporation, a California corporation.
23     Thelen, Reid, Brown, Raysman & Steiner, LLP, by Hector H.
24 Espinoza, Esq., appeared on behalf of Defendants Dick
25 Corporation, a corporation, etc., et al.
26     Hector H. Espinoza, Esq., and Charles Gossage, Esq.,
27 appeared on behalf of American Casualty Company and Hartford Fire
28 Insurance Company, a Connecticut corporation.

1  In Case Number 1:06-cv-1369 OWW SMS, Case, Ibrahim & Clauss
2  by Michael Clauss, Esq., appeared on behalf of H.J. Martin & Son,
3  Inc., a Wisconsin corporation.
4  Thelen Reid, Brown, Raysman & Steiner, LLP, by Hector H.
5  Espinoza, Esq., appeared on behalf of Defendants Dick
6  Corporation, a corporation, etc., et al.
7  Thelen Reid, Brown, Raysman & Steiner, LLP, by Hector H.
8  Espinoza, Esq., and Charles Gossage, Esq., specially appeared on
9  behalf of Defendants American Casualty Company of Reading,
10 Pennsylvania, a corporation and Hartford Fire Insurance Company,
11 a corporation.
12 In Case Number 1:06-cv-1744 OWW NEW, Dowling, Aaron and
13 Keeler by David J. Weiland, Esq., appeared on behalf of Plaintiff
14 Ro's Precise Painting, Inc.
15 Thelen Reid, Brown, Raysman & Steiner, LLP, by Hector H.
16 Espinoza, Esq., appeared on behalf of Defendants Dick
17 Corporation, etc., et al.
18 Thelen Reid, Brown, Raysman & Steiner, LLP, by Hector H.
19 Espinoza, Esq., and Charles Gossage, Esq., specially appeared on
20 behalf of Defendants American Casualty Company of Reading,
21 Pennsylvania, a corporation and Hartford Fire Insurance Company,
22 a corporation.
23 III.   Initial Deadlines.
24 1.   The parties agree that the following deadline for
25 submitting sub-contractor claims to the Dick Defendants shall be
26 established:  all sub-contractor claims shall be submitted on or
27 before September 26, 2007.
28 2.   The Dick Defendants shall thereafter submit the

1  completed claims to GSA on or before October 29, 2007.
2       3.   The parties anticipate that at least an additional six
3  months will be needed for GSA response and claims administration.
4  The next status hearing shall be held on May 2, 2008.  The
5  parties' joint status report to the Court shall be filed by April
6  25, 2008.

IT IS SO ORDERED.

**Dated:   July 27, 2007**           /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE