1   Mark L. Creede,  #128418
    Craig B. Fry, #210331
2   LANG, RICHERT & PATCH
    Post Office Box 40012
3   Fresno, California  93755-0012
    (559) 228-6700
4   (559) 228-6727 (Facsimile)
    E-Mail: mlc@lrplaw.net
5   K:\OWW\Stipulations\06cv1736.sipo.dismissal.wpd

6   Attorneys for Use Plaintiff, SERVI-TECH CONTROLS, INC.

7

8                   UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                * * *

11  UNITED STATES, For the Use of SERVI-        Case No. 1:06-CV-01736-OWW
    TECH CONTROLS, INC., a California
12  corporation,
                                                **STIPULATION AND ORDER FOR
13                     Plaintiff,               DISMISSAL WITH PREJUDICE**

14         v.

15  DICK CORPORATION, a Pennsylvania
    corporation; MATT CONSTRUCTION
16  CORPORATION, a California corporation,
    DICK CORPORATION/MATT
17  CONSTRUCTION, A JOINT VENTURE,
    joint venture; AMERICAN CASUALTY
18  COMPANY OF READING,
    PENNSYLVANIA, a Pennsylvania
19  corporation; HARTFORD FIRE INSURANCE
    COMPANY, a Connecticut corporation;
20  CONTROL AIR CONDITIONING
    CORPORATION, a California corporation,
21
                       Defendants.
22

23  AND RELATED CROSS-ACTIONS.

24

25         On June 9, 2010, Use Plaintiff SERVI-TECH CONTROLS, INC., filed a Notice of

26  Settlement (Document 58) stating that the above-captioned action, Case No. 1:06-CV-01736-OWW-

27  LJO, was settled.  Such settlement occurred before either AMERICAN CASUALTY COMPANY

28  OF READING, PENNSYLVANIA, or HARTFORD FIRE INSURANCE COMPANY, were

                                     –1–

1  required to or did file responsive pleadings and before either of said surety parties filed a notice of

2  appearance, and no motion for summary judgment has been filed by any party.

3       IT IS HEREBY STIPULATED by and between Use Plaintiff SERVI-TECH CONTROLS,

4  INC., and Defendants / Cross-Defendants / Cross-Claimants DICK CORPORATION, MATT

5  CONSTRUCTION CORPORATION, DICK CORPORATION / MATT CONSTRUCTION, A

6  JOINT VENTURE, and Defendant / Cross-Claimant / Cross-Defendant CONTROL AIR

7  CONDITIONING CORPORATION, by and through their designated counsel, that the above-

8  captioned action be and hereby is dismissed with prejudice in its entirety against all Defendants and

9  Cross-Defendants pursuant to Rule 41(a)(1) (A)(ii) of the Federal Rules of Civil Procedure, with

10  each party bearing their own attorney's fees and costs.

11  Dated: July 22, 2010             LANG, RICHERT & PATCH

12

13                        /s/
                      By: Mark L. Creede
                      Attorneys for Use Plaintiff SERVI-TECH

14                        CONTROLS, INC.

15  Dated: July 22, 2010             CASE, IBRAHIM, & CLAUSS, LLP

16                        /s/ D. Michael Clauss as authorized on 7/22/10

17                        By: D. Michael Clauss
                      Attorneys for Defendant/Cross-Claimant/Cross-Defendant

18                        CONTROL AIR CONDITIONING CORPORATION

19  Dated: July 22, 2010             K&L GATES, LLP

20

21                        /s/ Hector H. Espinosa as authorized on 7/22/10
                      By: Hector H. Espinosa

22                        Attorneys for Defendants/Cross-Defendants/Cross-Complainant DICK CORPORATION,

23                        MATT CONSTRUCTION CORPORATION,
                      DICK CORPORATION / MATT CONSTRUCTION,
                      A JOINT VENTURE

24  IT IS SO ORDERED.

25  **Dated:   July 26, 2010**              **/s/ Oliver W. Wanger**
                             UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE